DIEGO TEJADO, Respondent, *v.* DANIELS AND KENNEDY, INC., Appellant.

Submitted June 7, 1937; decided June 11, 1937.

*Irving A. Scheinberg* and *Bernard H. Packman* for motion.

*Grover C. Sniffen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.